**08 CR**    **523**    *CAT 3*    *Felony*    *AC*

JUDGE ZAGEL

MAGISTRATE JUDGE VALDEZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X YES ☐** If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   **NO X     YES ☐**     If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?     **NO X   YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X     YES ☐** If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     **NO X     YES ☐**

6) What level of offense is this indictment or information?     **FELONY X     MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?     **NO X   YES ☐**

8) Does this indictment or information include a conspiracy count?     **NO X     YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud.... ......... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ... (II) | X Other Fraud... (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery..... (II) | ☐ Auto Theft .............. (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery........ .......... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting.. .......... (III) | ☐ Selective Service Act ....... (IV) |
| ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses............. (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement. ... (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement. ... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18, United States Code, Sections 1341 & 1346

CAROLYN F. McNIVEN
Assistant United States Attorney
(312) 353-5159

(Revised 12/99)

**F I L E D**

JUL - 1 2008
7-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT